**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1211**

In re:  ERIC C. FEDEWA,

              Debtor.

-----------------------------------

ERIC C. FEDEWA,

              Debtor – Appellant,
and

RITIKA FEDEWA,

              Plaintiff – Appellant,
v.

JPMORGAN CHASE BANK, N.A.; VEMANAS INVESTMENTS; SV PROPERTIES, LLC,

              Creditors – Appellees,
and

SAMUEL I. WHITE, P.C.

              Trustee – Appellee.

Appeal from the United States District Court for the Eastern District, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:20-cv-00446-LMB-MSN)

Submitted:  March 29, 2022                                    Decided:  March 31, 2022

Before HARRIS and HEYTENS, Circuit Judges.<sup>*</sup>

Affirmed by unpublished per curiam opinion.

**ON BRIEF:** Henry W. McLaughlin, III, LAW OFFICE OF HENRY MCLAUGHLIN, P.C., Richmond, Virginia, for Appellants. Dylan G. Trache, Donald R. Pocock, NELSON MULLINS RILEY & SCARBOROUGH LLP, Washington, D.C.; James Milton Stewart, Jr., Fairfax, Virginia; Ronald J. Guillot, Jr., SAMUEL I. WHITE, P.C., Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

---

<sup>*</sup> The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Eric C. Fedewa and Ritika Fedewa appeal from the district court's order affirming the bankruptcy court's orders dismissing their complaint, which had been removed from state court, and denying their motion for reconsideration. We have reviewed the record submitted on appeal and the arguments of the parties and conclude that the bankruptcy court appropriately dismissed the complaint. *See In re Varat Enters. Inc.*, 81 F.3d 1310, 1315 (4th Cir. 1996) (describing requirements for res judicata). Accordingly, we affirm the district court's order affirming the bankruptcy court's dismissal of the Fedewas' complaint and denial of their motion for reconsideration of that order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*